UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ROSENDO MENDOZA LEDEZMA,

Petitioner,

v.

TONYA ANDREWS,

Respondent.

No. 1:26-cv-06547-DAD-CKD (HC)

ORDER GRANTING PETITIONER'S MOTION TO DISMISS

(Doc. Nos. 2, 3, 4, 12)

On September 21, 2026, petitioner, proceeding *pro se*, filed a motion to withdraw the petition for writ of habeas corpus, which the court construes as a motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 12.) Therein, petitioner states that he has consented to be removed from the United States but was informed that he must withdraw his petition before his removal can be effectuated. (*Id.* at 2.)

"The Federal Rules of Civil Procedure may be applied to habeas proceedings to the extent such rules are not inconsistent with the statutory provisions of the Habeas Rules." *Ziganshin v. U.S. Dep't of Homeland Sec.*, No. 3:25-cv-01096-RBM-SBC, 2025 WL 2576484, at *1 (S.D. Cal. Aug. 20, 2025) (citation omitted). Rule 41of the Federal Rules of Civil Procedure provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Unless the order states otherwise, a dismissal under

[Rule 41(a)(2)] is without prejudice." *Id.* "Motions for voluntary dismissal under Rule 41(a)(2) should be liberally granted if it will not result in legal prejudice to the respondents." *Lopez Sanches v. Warden, Cal. City*, No. 1:26-cv-06592-JLT-EPG, 2026 WL 2691005, at *1 (E.D. Cal. Sept. 14, 2026) (citation omitted).

Here, respondent has not filed any opposition to the pending motion to withdraw the petition. Accordingly, the court concludes that dismissal of the petition pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is proper and respondent would not be prejudiced by dismissal of this action. *Ziganshin*, 2025 WL 2576484, at *2 (concluding that respondents would not be prejudiced if the petition was dismissed pursuant to Rule 41(a)(2) in light of their failure to oppose the motion).

For the reasons above,

1. Petitioner's motion to withdraw petition (Doc. No. 12) is GRANTED as follows:
   a. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice;
2. Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED;
3. Petitioner's motions for temporary restraining order (Doc. No. 3) and to appoint counsel (Doc. No. 4) are DENIED as having been rendered moot by this order;
4. The court's prior order prohibiting respondent from transferring petitioner out of the Eastern District of California or removing him from the United States (Doc. No. 6) is dissolved; and
5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE